PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>David Dwight Martin</u>　　　Case Number: <u>3:09-00286-01</u>

Name of Judicial Officer: <u>The Honorable William J. Haynes, Jr., Senior U.S. District Judge</u>

Date of Original Sentence: <u>June 14, 2010</u>

Original Offense: <u>18 U.S.C. 922(g)(1): Felon in Possession of a Firearm</u>

Original Sentence: <u>64 months' imprisonment, followed by 3 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>　　　Date Supervision Commenced: <u>February 2, 2015</u>

Assistant U.S. Attorney: <u>To be determined</u>　　　Defense Attorney: <u>Isaiah S. Gant</u>

---

**THE COURT ORDERS:**

☒ No Action *as recommended*
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 25th day of June, 2015,
and made a part of the records in the above case.

_____
Senior U.S. District Judge
William J. Haynes, Jr.

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Sr. U.S. Probation Officer
Lisa Capps

Place　　Columbia, Tennessee

Date　　June 19, 2015

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.    Nature of Noncompliance

1.    **Shall not commit another federal, state, or local crime:**

On April 27, 2015, David Dwight Martin, was arrested for Domestic Assault, a Class A misdemeanor, by the Metropolitan Nashville Police Department (MNPD), in violation of State of Tennessee Code Annotated 39-13-111. According to the affidavit, the victim, Evette Brown, advised officers that she was parked by her house with her friend, Jasmine Lewis, and her boyfriend, David Dwight Martin, was parked in front of her. Ms. Brown advised that Mr. Martin exited his car and approached her car, asking for his phone battery. Ms. Brown advised him that she did not have the battery. Ms. Brown stated that Mr. Martin then became angry and reached through the back window and grabbed her by her shirt and then by her hair. According to Ms. Brown, she then drove down the street to escape Mr. Martin. He then fled the scene. Ms. Brown did not have any visible injuries.

On April 29, 2015, this officer spoke with Mr. Martin who advised that he and his girlfriend got into an argument over his cellular phone, and she took the battery out of it. He stated that he attempted to get the battery from her by reaching into the window of her car, and while doing so, his hand got caught in her shirt. Mr. Martin advised the son he has with Ms. Brown was present, and he would never attempt to hurt her especially in front of his son.

This officer attempted to contact Ms. Brown; however, her telephone had been disconnected. On May 15, 2015, Mr. Martin appeared in Davidson County General Sessions Court in Case No. GS721041, and the case was dismissed. It should be noted that Mr. Martin is being in held in custody at the Hill Detention Center, Nashville, Tennessee, on a state parole violation as a result of the above conduct.

2.    **The defendant shall refrain from any unlawful use of a controlled substance:**

On April 30, 2015, Mr. Martin submitted a urine screen that was sent to Alere Laboratories, Gretna, Louisiana, and was positive for marijuana. Mr. Martin admitted smoking marijuana approximately two weeks prior to the submission.

3.    **Failure to pay special assessment:**

Mr. Martin was ordered to pay a $100 special assessment at his sentencing, which has not been paid to date.

### Compliance with Supervision Conditions and Prior Interventions:

Mr. Martin began his term of supervised release on February 2, 2015. His term of supervision will expire on February 1, 2018. On March 3, 2015, an Agreed Order was submitted to the Court by defense counsel and the Assistant U.S. Attorney to modify the conditions of Mr. Martin's release to include a condition that he be subject to a drug assessment, and if warranted, drug treatment. Said order was signed by Your Honor on March 6, 2015, adding the agreed condition. Mr. Martin was referred for an Intake Assessment at Centerstone on March 16, 2015, to determine whether drug treatment was needed. The assessment has not yet been scheduled due to Mr. Martin's incarceration.

A 12A petition was submitted on March 31, 2015, notifying the Court of positive urine screens for marijuana on February 6, 2015, and March 23, 2015. Said petition was signed by Your Honor on April 6, 2015, ordering no action.

Prior to his incarceration, Mr. Martin resided with his mother in Nashville, Tennessee. He was employed with Christie Cookie Company, Nashville, Tennessee. The probation officer completes frequent surprise home visits at the offender's residence.

### U.S. Probation Officer Recommendation:

The probation officer respectfully recommends the Court take no action at this time as the domestic assault case has been dismissed, and the probation office has been unable to get him into drug treatment as he has been incarcerated since April 29, 2015. Any other violations will be submitted to the Court promptly.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _/s/ Vidette Putman_
Vidette Putman
Supervisory U.S. Probation Officer

**Offender's Address**
David Dwight Martin
1615 23rd Avenue North
Nashville, TN 37208